# In the United States District Court
## for the Southern District of Georgia
### Waycross Division

LUIS ANTONIO NAVARRO DOMINGUEZ,

      Petitioner,

    v.

WARDEN, FOLKSTON ICE PROCESSING
FACILITY,

      Respondent.

CIVIL ACTION NO.: 5:26-cv-537

## ORDER

Respondent filed an Emergency Motion for Reconsideration of the Court's April 30, 2026 Order. Dkt. No. 6. Respondent states that the Court incorrectly concluded that he conceded Petitioner's claim is governed by the Court's prior ruling in <u>Villa v. Normand</u>, Case No. 5:25-cv-89. <u>Id.</u> at 2. Respondent is correct. Although Respondent has made this concession in numerous cases filed in this Court, Respondent did not make the concession in this case. Due to a clerical oversight, the Court inadvertently concluded Respondent had made the concession in this case. Thus, the Court **GRANTS** Respondent's Motion for Reconsideration. Dkt. No. 6.

The Court **VACATES** the April 30, 2026 Order and the May 1, 2026 Judgment closing this case. Dkt. Nos. 4, 5. The Court **DIRECTS** the Clerk of Court to re-open this case, leaving only the

Warden as the named Respondent.  The Court will consider the relative merits of the filings in this case in due course.

SO ORDERED, this ___5___ day of ___May___, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA